THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ) | Case No. 17-20797-CMB |
| David A. Donaldson, ) | Chapter 13 |
| Debtor(s) ) | |
| ) | Related to Document No. 20 |
| ) | |
| ) | |
| ) | **ENTERED BY DEFAULT** |
| ) | |
| David A. Donaldson, ) | |
| Plaintiff(s) ) | |
| ) | |
| vs. ) | |
| ) | |
| Absolute Resolutions VI LLC, ) | |
| Respondent(s) ) | |

### ORDER OF COURT

AND NOW, to wit, this __25th__ day of __April__, 2017, it is hereby ORDERED, ADJUDGED, and DECREED, that pursuant to 11 U.S.C. §522(f)(1)(A) and 11 U.S.C. §522(f)(2)(A), the judgment lien held by the respondent, Absolute Resolutions VI LLC, against the Debtor at Washington County case number C-63-CV-201500719 in the amount of $3,829.49 is avoided unless this case is dismissed prior to discharge being entered, at which point the judgment lien is reinstated.

_Carlota M. Böhm_
Honorable Carlota M. Bohm     **kmt**
U.S. Bankruptcy Judge

FILED
4/25/17 3:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 17-20797-CMB
David A. Donaldson                                                              Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe               Page 1 of 1              Date Rcvd: Apr 25, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2017.
db              +David A. Donaldson,    PO Box 227,    Midway, PA 15060-0227

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2017 at the address(es) listed below:
      Christopher M. Frye    on behalf of Debtor David A. Donaldson chris.frye@steidl-steinberg.com,
       julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com
      James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                       TOTAL: 4