# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |
|---|---|
| Debtor: | DAVID A. DONALDSON |
| Case Number: | 17-20797-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, OCTOBER 19, 2017  01:30 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
10/24/17 12:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#12 - Final Confirmation of Plan Dated 3/30/2017 (NFC)
R / M #: 12 / 0

### *Appearances:*

Debtor: A. Steidl

Trustee: Winnecour / Bedford / Pail / **Katz**

Creditor:

Still waiting for 2016 return

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to _12/7/17_ at _2:00 pm_.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Cont for Debtor Counsel to figure out if plan feasible and to get payments on track.

10/13/2017 10:05:45 AM