UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA

CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| Debtor: | DAVID A. DONALDSON |
| Case Number: | 17-20797-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, DECEMBER 07, 2017 02:00 PM    3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
12/8/17 11:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#12 - Continued Confirmation of Plan Dated 3/30/2017 (NFC)
R / M #: 12 / 0

*Appearances:*

Debtor: J. Steidl
Trustee: Winnecour / Bedford / Pail / (Katz)
Creditor:

No payments since 6/17.
Arrears $11,965.69
thru 11/17

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:

Trustee requests dismissal based on plan payment defaults. Debtor's counsel represents that she has no defense.