Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **David A. Donaldson** : | Case No. 17−20797−CMB |
| **aka Donald Andrew Donaldson** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| : | Issued Per Dec. 7, 2017 Proceeding |
| : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 8th of December, 2017,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

*Carlota M. Böhm*
Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 17-20797-CMB
David A. Donaldson                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: jhel            Page 1 of 2          Date Rcvd: Dec 08, 2017
                            Form ID: 309          Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2017.
```
db              +David A. Donaldson,    PO Box 227,    Midway, PA 15060-0227
14373939         Absolute Resolutions VI, LLC,    c/o Pressler and Pressler, LLP,    7 Entin Road,
                  Parsippany, NJ 07054-5020
14373941        +Calvary SPV I LLC,    c/o Michael Volk, Esquire,    6 Kasey Court,    Suite 203,
                  Mechanicsburg, PA 17055-9237
14373943        +Harley Davidosn Credit Corporation,    Dept. 14129,    Palatine, IL 60055-0001
14392348        +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
14391678        +JH Portfolio Debt EQ,    5757 Phantom Drive,    Suite 225,    Hazelwood, MO 63042-2429
14391679        +LVNV Funding LLC,    625 Pilot Road,    Suite 2/3,    Las Vegas, NV 89119-4485
14373945        +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14391681        +PNC Bank,    PO Box 3180,    Pittsburgh, PA 15230-3180
14373944        +PNC Bank,    PO Box 747032,    Pittsburgh, PA 15274-7032
14373946         PNC Bank,    300 Fifth Avenue, The Tower at PNC Plaza,    Pittsburgh, PA 15222
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14373940        +E-mail/Text: bankruptcy@cavps.com Dec 09 2017 00:35:05      Calvary SPV I LLC,
                  500 Summit Lake Drive,    Valhalla, NY 10595-1340
14391674        +EDI: CAPITALONE.COM Dec 09 2017 00:33:00      Capital One Bank,    PO Box 5253,
                  Carol Stream, IL 60197-5253
14667039        +E-mail/Text: bankruptcy@cavps.com Dec 09 2017 00:35:05      Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14373942         E-mail/Text: bankruptcy.bnc@ditech.com Dec 09 2017 00:34:47      Ditech Financial LLC,
                  PO Box 6172,    Rapid City, SD 57709-6172
14650950         E-mail/Text: bankruptcy.bnc@ditech.com Dec 09 2017 00:34:47
                  Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                  Rapid City, South Dakota 57709-6154
14391676        +E-mail/Text: bankruptcy.notices@hdfsi.com Dec 09 2017 00:35:11      Harley Davidson Financial,
                  222 W. Adams,    Suite 2000,    Chicago, IL 60606-5307
14391677        +E-mail/Text: bankruptcy.notices@hdfsi.com Dec 09 2017 00:35:11      Harley Davidson Financial,
                  4150 Technology Way,    Carson City, NV 89706-2026
14414638         EDI: RESURGENT.COM Dec 09 2017 00:33:00      LVNV Funding, LLC its successors and assigns as,
                  assignee of Capital One, N.A.,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
14375846        +EDI: PRA.COM Dec 09 2017 00:33:00      PRA Receivables Management, LLC,    PO Box 41021,
                  Norfolk, VA 23541-1021
                                                                                              TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Harley-Davidson Credit Corp
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14391671*        Absolute Resolutions VI, LLC,    c/o Pressler and Pressler, LLP,    7 Entin Road,
                  Parsippany, NJ 07054-5020
14391672*       +Calvary SPV I LLC,    500 Summit Lake Drive,    Valhalla, NY 10595-1340
14391673*       +Calvary SPV I LLC,    c/o Michael Volk, Esquire,    6 Kasey Court,    Suite 203,
                  Mechanicsburg, PA 17055-9237
14391675*        Ditech Financial LLC,    PO Box 6172,    Rapid City, SD 57709-6172
14391680*       +PNC Bank,    PO Box 747032,    Pittsburgh, PA 15274-7032
14391683*        PNC Bank,    300 Fifth Avenue, The Tower at PNC Plaza,    Pittsburgh, PA 15222
14391682*       +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
                                                                                   TOTALS: 1, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2017                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-2         User: jhel              Page 2 of 2              Date Rcvd: Dec 08, 2017
                             Form ID: 309            Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 8, 2017 at the address(es) listed below:
              Christopher M. Frye    on behalf of Debtor David A. Donaldson chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com
              James   Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                          TOTAL: 4
```