**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| DAVID A. DONALDSON | Case No.:17-20797 |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/02/2017 and confirmed on 05/12/2017. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 1,313.31 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 1,313.31 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 208.07 | |
|     Trustee Fee | 60.41 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 268.48 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| DITECH FINANCIAL LLC F/K/A GREEN TREI<br>    Acct: 7148 | 0.00 | 683.34 | 0.00 | 683.34 |
| DITECH FINANCIAL LLC F/K/A GREEN TREI<br>    Acct: 7148 | 17,248.94 | 0.00 | 0.00 | 0.00 |
| HARLEY DAVIDSON CREDIT CORP*<br>    Acct: 0770 | 6,615.13 | 0.00 | 127.75 | 127.75 |
| PNC BANK NA<br>    Acct: 8837 | 10,964.44 | 0.00 | 233.74 | 233.74 |
| | | | | 1,044.83 |
| **Priority** | | | | |
| CHRISTOPHER M FRYE ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DAVID A. DONALDSON<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| STEIDL & STEINBERG<br>    Acct: | 3,400.00 | 208.07 | 0.00 | 0.00 |

***NONE***

| 17-20797 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| ABSOLUTE RESOLUTIONS VI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0719 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXPRAE | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 1,267.22 | 0.00 | 0.00 | 0.00 |
| Acct: 8710 | | | | |
| MICHAEL VOLK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JH PORTFOLIO DEBT EQUITIES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 5,133.90 | 0.00 | 0.00 | 0.00 |
| Acct: 3960 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 4,759.16 | 0.00 | 0.00 | 0.00 |
| Acct: 9591 | | | | |
| HARLEY DAVIDSON CREDIT CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                                          1,044.83

TOTAL CLAIMED
PRIORITY          0.00
SECURED       34,828.51
UNSECURED    11,160.28

Date: 01/23/2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com